United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL D. COLE,

        Plaintiff,

    v.

DOE 1 THRU 2 OFFICERS OF THE CITY OF EMERYVILLE POLICE DEPARTMENT,

        Defendants.
_____/

No. C-03-5643 EMC

**ORDER RE IN CAMERA REVIEW**

The Court has reviewed in camera the document identified by Defendants at the case management conference. The document does not meet the standard of relevance laid out by the Court in its order of June 7, 2005. *See* Docket No. 48. Accordingly, the document does not need to be produced.

IT IS SO ORDERED.

Dated: June 23, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge