1  COOLEY GODWARD LLP
   JEFFREY S. KARR (186372)
2  ROBERT W. MCHENRY (232272)
   SAYURI K. SHARPER (232331)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Telephone:    (650) 843-5000
5  Facsimile:    (650) 857-0663

6  Attorneys for Plaintiff
   Paul D. Cole

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  PAUL D. COLE                          Case No.  CV03-05643 EMC

13          Plaintiff,                    **STIPULATION FOR DISMISSAL OF THE
                                          FOURTH, FIFTH AND SIXTH CAUSES OF
14     v.                                 ACTION IN THE FIRST AMENDED
                                          COMPLAINT** ; ORDER
15  CITY OF EMERYVILLE, OFFICER
    EDWARD MAYORGA, OFFICER ROBERT
16  ALTON
                                          Judge:      Hon. Edward M. Chen,
17          Defendants.                               Magistrate Judge

18

19          Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their

20  undersigned counsel of record, hereby stipulates as follows:

21          1.      That Paul D. Cole hereby dismisses his Fourth, Fifth and Sixth Causes of Action in

22  the First Amended Complaint only.

23

24  Dated:   July 14, 2005                 COOLEY GODWARD LLP

25
                                           By: _____/s/ Sayuri K. Sharper_____
26                                                         Sayuri K. Sharper

27                                         Attorneys for Plaintiff Paul D. Cole

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO          704862 v1/PA                    **STIPULATION FOR DISMISSAL OF THE FOURTH,
                                                    FIFTH, AND SIXTH CAUSES OF ACTION
                                                    CASE NO. CV03-05643 EMC**

1    Dated:   July 14, 2005

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOW, BALL & LYNCH

By:  _____ /s/ Dale L. Allen, Jr. (with permission)
            Dale L. Allen, Jr.

Attorneys for Defendants City of Emeryville,
Officer Edward Mayorga, Officer Robert Alton

IT IS SO ORDERED:

_____
Edward
United S                           le Judge

*Judge Edward M. Chen*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

704862 v1/PA

2.

STIPULATION FOR DISMISSAL OF THE FOURTH,
FIFTH, AND SIXTH CAUSES OF ACTION
CASE NO. CV03-05643 EMC