| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| 2 | JEFFREY S. KARR (186372) (jkarr@cooley.com)<br>ROBERT W. MCHENRY (232272) (rmchenry@cooley.com) |
| 3 | SAYURI K. SHARPER (232331) (ssharper@cooley.com)<br>Five Palo Alto Square |
| 4 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 5 | Telephone:     (650) 843-5000<br>Facsimile:       (650) 857-0663 |

Attorneys for Plaintiff
Paul D. Cole

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL D. COLE<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE, OFFICER EDWARD MAYORGA, OFFICER ROBERT ALTON<br><br>    Defendants. | Case No.  CV03-05643 EMC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** ; ORDER<br><br>Judge:    Hon. Edward M. Chen, Magistrate Judge |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel of record, hereby stipulate that the above-captioned matter is dismissed with prejudice in its entirety pursuant to a settlement agreement between the parties.  Each party shall bear its own costs and attorneys' fees.

EXECUTED this 27th day of October, 2005.

STIPULATED AND AGREED:

| | | |
|---|---|---|
| 1 | Dated: October 27, 2005 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | By: /s/ Robert W. McHenry |
| | | Robert W. McHenry |
| 4 | | Attorneys for Plaintiff |
| 5 | | Paul D. Cole |
| 6 | Dated: October 27, 2005 | LOW, BALL & LYNCH |
| 7 | | |
| 8 | | By: /s/ Dale L. Allen, Jr. (w/ permission) |
| | | Dale L. Allen, Jr. |
| 9 | | Attorneys for Defendants City of Emeryville, Officer Edward Mayorga, Officer Robert Alton |

**IT IS SO ORDERED:**

Dated: October 31, 2005

_____
EDWARD M. [CHEN]
United States M[agistrate Judge]

*[Seal: United States District Court, Northern District of California — Judge Edward M. Chen]*